02-12-326-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00326-CV 

 

 


 
 
 In the Interest of C.D.A., Jr., and C.B.C.A.,
 Children
 
 
  
 
 
  
 
 
 
 
  
  
  
 
 
 
 
  
 
 
  
 
 
  
 
 


 

 

------------

 

FROM THE 431st
District Court OF Denton COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered “Appellant's Voluntary Motion To Dismiss.”  It is the court’s
opinion that the motion should be granted; therefore, we dismiss the appeal.  See
Tex. R. App. P. 42.1(a)(1), 43.2(f).

          Costs
of the appeal shall be paid by appellant, for which let execution
issue.  See Tex. R. App. P. 42.1(d).

 

                                                                             PER
CURIAM

PANEL: 
DAUPHINOT,
J.; LIVINGSTON, C.J.; and GARDNER, J.  

 

DELIVERED: 
February 28, 2013 








 









[1]See Tex. R. App. P. 47.4.